```
                                                                        1

 1                   UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLUMBIA

 3

 4    DONALD RAY COATES,

 5            Plaintiff,     CIVIL ACTION NO: 1:15-CV-00449-ABJ

 6    -vs-

 7    DISTRICT OF COLUMBIA, et al

 8            Defendants.

 9    _____/

10

11                  Deposition of DONALD RAY COATES

12                          Washington, D.C.

13                  Tuesday, September 27th, 2016

14                             10:00 a.m.

15

16

17

18

19

20

21

22    Reported by:  Alexandria Kaan
```

PLAINTIFF'S EXHIBIT 1

2

1        Deposition of DONALD RAY COATES held at the
2   offices of:
3
4
5        DISTRICT COLUMBIA OFFICE OF THE ATTORNEY
6        GENERAL
7        441 4th Street Northwest
8        6th Floor South
9        Washington, D.C.  20001
10
11
12        Pursuant to agreement, before Alexandria Kaan,
13   Notary Public in and for the District of Columbia.
14
15
16
17
18
19
20
21
22

```
                                                                    3
 1                    A P P E A R A N C E S
 2
 3
 4
 5       ON BEHALF OF THE PLAINTIFF:
 6          BRIAN McDANIEL, ESQUIRE
 7          McDANIEL & ASSOCIATES
 8          1211 Connecticut Avenue Northwest
 9          No. 506
10          Washington, D.C.  20036
11
12
13
14
15       ON BEHALF OF THE DEFENDANTS:
16          PORTIA ROUNDTREE, ESQUIRE
17          DISTRICT COLUMBIA OFFICE OF THE ATTORNEY
18          GENERAL
19          441 4th Street Northwest
20          6th Floor South
21          Washington, D.C.  20001
22
```

```
                                                                    4
 1                      C O N T E N T S

 2    EXAMINATION OF DONALD RAY COATES                         PAGE

 3

 4    By Ms. Roundtree                                            5

 5

 6

 7

 8

 9

10

11

12

13

14    E X H I B I T S

15

16    COATES DEPOSITION EXHIBIT                              PAGE

17

18                    (No exhibits entered.)

19

20

21

22
```

1   A.   Ray Don Coates.

2   **Q.   Does anyone else live there with you?**

3   A.   No.

4   **Q.   Is it your father's home?**

5   A.   Yes.

6   **Q.   I'd like to bring your attention to March 27th,**

7   **2014.   Do you recall that day?**

8   A.   Yes.

9   **Q.   What were you doing that evening?**

10  A.   I was sitting in my mother house waiting to go

11  home, get confirmation from my father to come on and

12  come in because he said he was out.   And he told me,

13  "Yeah, you can come home."   I said, "Okay.   You in the

14  house?"   I left out and I went next door to my

15  girlfriend house and I spoke to her for a period.   And

16  then after I walked away from her, I walked down the

17  pathway and I noticed I needed some money, so -- not

18  money but I needed a ride, and knocked on Ms. Nicole

19  door and was asking her for a ride when I was approached

20  by two officers.

21  **Q.   Okay.   So you were at your mother's house?   What**

22  **was her --**

9

1    A.   My godmother, ma'am.  My godmother's house.

2    Q.   Godmother.  What's her address?

3    A.   429 Anacostia Road Southeast, Apartment 3.

4    Q.   And what were you doing over at her house?

5    A.   I spent the night over there prior to the
6 incident.

7    Q.   Was anyone else over there?

8    A.   Yes.

9    Q.   Who else was there?

10   A.   My stepfather Gregory Queen, her daughter Kiki,
11 and Kiki friend Nita.

12   Q.   How old are Kiki and Nita?

13   A.   I'd say mid-20s, both of them.  I don't know the
14 exact age.

15   Q.   Sure.  And what were you all doing that evening,
16 anything?

17   A.   Actually, the girls was upstairs and then Greg
18 was sitting down watching an old cowboy movie.

19   Q.   And what were you doing?

20   A.   Watching TV.

21   Q.   And you were waiting for your father to get home
22 and you were planning to go back to his house?

1    A.   Yes.

2    Q.   And you said you went to your girlfriend -- you

3    went by your girlfriend's house?

4    A.   Yes.

5    Q.   Who is your girlfriend?

6    A.   Rhonda Moore.

7    Q.   What's her address?

8    A.   14 Anacostia Road Southeast, Apartment 2.

9    Q.   She lives next door to your godmother?

10   A.   Yes.

11   Q.   Okay, and why did you go over to her place?

12   A.   Well, I was just talking to her.

13   Q.   About what time was that?

14   A.   Like around 12:30 or so.

15   Q.   Did you go in her house?

16   A.   No, I didn't.

17   Q.   So how were you talking to her?

18   A.   Outside of her window.

19   Q.   You were outside?

20   A.   I was outside, she was in the window.

21   Q.   Did she open the window?

22   A.   Yes.

11

1  Q.  What did you go to talk to her about?

2  A.  Just asking her what she was doing et cetera, et
3  cetera, et cetera, and that was it.

4  Q.  What was she doing?

5  A.  Nothing, sitting back talking to me, like, you
6  know, people.

7  Q.  Did you have an argument with her?

8  A.  No, I have not.

9  Q.  So you never went into her house that night?

10 A.  No.

11 Q.  And after you left her house at apartment No. 2,
12 where did you go?

13 A.  I walked down her pathway.  She live here and I
14 walked down the pathway and I went to Ms. Nicole house
15 to see if I could get a ride.

16 Q.  Who's Ms. Nicole?

17 A.  That's Rhonda Moore, my girlfriend best friend,
18 another female.

19 Q.  Okay.  And where does she live?

20 A.  She live 14 Anacostia Road, Apartment 22.

21 Q.  Okay.  Did you make it to her apartment?

22 A.  Yes, I did.

                                                                   12

1    Q.  Was she there?

2    A.  Periodically, I believe she was there.  I know
3  she was there.  I knocked on her door, but by that time
4  I was confronted by two officers.

5    Q.  Did you see her that night?

6    A.  No, I never seen her because I was still knocking
7  on her door prior to the incident.

8    Q.  What is Nicole's last name?

9    A.  I have no idea.

10   Q.  Okay.  What happened after you knocked on her
11 door?

12   A.  I was knocking on her door and then someone
13 walked up behind me and they was, like, "Give me your
14 ID."  And when I turned this way, I look, I seen these
15 two officers and I told them I didn't have ID, which I
16 didn't have no ID on my person at that time.  So I
17 continued to knock on the door.

18   Q.  Okay.  And then what happened?

19   A.  They asked me for my ID again and I kept knocking
20 on the door.

21   Q.  So when they asked you for your ID again, you
22 just ignored them?

13

1      A.   Yes.

2      Q.   Okay.  And then what happened?

3      A.   Then I caught a blow to my left side of my head
4 around my temple area.

5      Q.   Okay.  What happened next?

6      A.   After I caught the hit to my head, I turned
7 around to my right side.  As I was turning around this
8 way to see what I was being physically hit with, I
9 caught another blow right here to my right side of my
10 temple and then I blanked out.  I was unconscious.

11     Q.   And then you went unconscious?

12     A.   Yes.

13     Q.   Did you see who hit you?

14     A.   I can't tell which one of the officers did it
15 because the first blow -- from the first blow I, like,
16 kind of reacted like I was in shock, like, what's going
17 on?  Then when I turned around, I got hit with a second
18 blow.  And after that then I was unconscious.

19     Q.   And do you know what it was that hit you?

20     A.   I don't know if they hit me with a fist, a blunt
21 object, or anything.  I just know I was hit with some
22 force to put me out real fast.

14

1    Q.   Okay.  What's the next thing that you remember?

2    A.   I remember waking up and seeing an ambulance

3    here, seeing MPD right here, and I was in handcuffs like

4    this and I was looking at the police car and I'm looking

5    at the ambulance like why am I in handcuffs?  And then

6    two officers picked me up, put me in the back of the

7    ambulance right here on the right side on the back part

8    of the ambulance inside.  And I was sitting there and my

9    whole left side of my face was -- like, I'm feeling,

10   like, a hemorrhage.  And basically, it was, like, pain

11   that I had never felt before.  And then my teeth, this

12   tooth right here, my canine and the ones that behind

13   them, all of them was, like, leaning over when I was

14   using my tongue, like, and I'm like -- the pain was just

15   so severe and I kept screaming and hollering.  And then

16   the officer that was inside the ambulance said, "If you

17   don't shut up, I'm going to beat you up again."

18   Basically -- can I cuss in here?

19            MR. McDANIEL:  You can say what he said.

20   BY MS. ROUNDTREE:

21   Q.   You can say what he said, yes.

22   A.   He said, "If you keep screaming and hollering,

15

1  I'm going to beat your ass again."  And that was that.
2  And then after that, I went to sleep and from there I
3  woke up in Howard University.
4     Q.  I want to back up just a little bit, back to when
5  you were standing at the door and you were first struck
6  on the left side of your head.  Did you turn around at
7  that point?
8     A.  When I got hit from the left side, that's when I
9  turned around to my right side.
10    Q.  Were you facing the officers?
11    A.  There's a wall here, just a wall, just a door,
12  where the cup of coffee at, just the wall, this is me,
13  they here.  As I turned around this way, before I even
14  got halfway to face them, I got hit again right here in
15  my temple.
16    Q.  Okay.
17    A.  That's when I went out.
18    Q.  So you're saying that you didn't fully turn
19  around to face the officers?
20    A.  No, I never fully turned around.
21    Q.  So you didn't get a good look at the officers'
22  faces?

17

1  A.  Down to my side and my right hand was knocking on
2  the door.  As I was turning around, my right hand was
3  like this and I turned around like this.  And at that
4  time, I looked this way, that's when I caught the other
5  blow.
6  Q.  And you didn't see what struck you at that point
7  either, okay?
8  A.  No, ma'am.
9  Q.  Okay.  And eventually you were handcuffed.  Is
10 that right?
11 A.  Yes.  I woke up in handcuffs.
12 Q.  Were you hit after you were handcuffed?
13 A.  To my knowledge from what witness say, yes, I
14 was.
15 Q.  From what who said?
16 A.  The witness.
17 Q.  Who's the witness?
18 A.  D'Ante (phonetic).
19 Q.  Who's D'Ante?
20 A.  Ms. Nicole's son.
21 Q.  You don't know what his last name is?
22 A.  Mm-mm.

18

1    Q.  Okay.  What did he tell you afterwards?

2    A.  After the incident happened, two, three days

3  later, I seen him in the neighborhood and I questioned

4  him.  I said "Do you know what happened at your house?"

5  He was, like, "Some guy got beat up by the police right

6  there in front of my door."  And he told me basically,

7  "I seen them drag him down the street and they was

8  beating him up."  From that point I was, like, "That was

9  me" and he was, like, "I didn't know that was you.  That

10 was you knocking on my door that night?"  And I was,

11 like, "Yeah."  And he was, like, "When I came

12 downstairs, I didn't recognize you.  I just heard some

13 ruckus going on out there and I didn't want to open the

14 door."

15   Q.  So he told you -- I mean, he told you that he saw

16 somebody get beat up by the police?

17   A.  Yes, but he didn't know it was actually me at

18 that point in time.

19   Q.  Okay.  But I think I asked you if you were hit

20 after the handcuffs were on.  At that point you were

21 awake.  Isn't that right?

22   A.  No, I wasn't.  When I got the handcuffs on me

19

1    after they drug me down the street, they was hitting me
2    also.  And then they use the smelling salts to wake me
3    back up when the ambulance got there.  And that's when I
4    was awake again, like, what's going on?  That when I'm
5    feeling hemorrhages and sitting over here in handcuffs
6    and I didn't see anything.
7        Q.  I just want to make sure I get it right.  So you
8    told me that you were hit once on the left side of your
9    head?
10       A.  Mm-hmm.
11       Q.  You went to turn around, you were hit on the
12   right side of the head?
13       A.  Mm-hmm.
14       Q.  And you immediately blacked out.  Is that right?
15       A.  Mm-hmm.
16       Q.  And then what was the next thing you remember
17   after you woke up?
18       A.  I was sitting on the curb in the street and the
19   ambulance was right here and MPD patrol car was right
20   there.
21       Q.  Were you in the ambulance?
22       A.  No, sitting on the curb in the street.

1   Q.  At that point, do you recall being struck again

2   after you were handcuffed?

3   A.  No.

4   Q.  Okay.  And at that point, what happened then?

5   A.  Then one officer grabbed this arm, one officer

6   grabbed this arm and they lift me up and put me in the

7   back of the ambulance.  And when I got in the ambulance

8   from the hemorrhaging and my face, I just kept feeling

9   pain, pain, pain and I was screaming and hollering,

10  like, "Help, help, help, my face, my face, my jaw."  And

11  then the officer that was sitting in the back of the

12  ambulance told me, "You keep screaming and yelling, I'm

13  going to whip your ass again."  And I looked at him, he

14  was a tall officer with brown hair and he had on a dark

15  blue uniform.  He was sitting right there in the doorway

16  where the driver's seat is and the passenger seat.  He

17  was sitting in the doorway of the ambulance right there

18  and I was at the end of the door and there was another

19  police right here at the back of the door.  And

20  actually, I didn't even see the paramedics.

21  Q.  Okay.

22  A.  It wasn't -- basically, nobody inside the vehicle

```
 1   at that time, at least I don't think so.
 2       Q.  Were you transported to the hospital?
 3       A.  I blanked out again and when I woke up, I was in
 4   Howard University.
 5       Q.  Okay.  Do you know why you blanked out again?
 6       A.  From the concussion that I received from the
 7   incident.
 8       Q.  Okay.  So you woke up in the hospital?
 9       A.  Yes.
10       Q.  Did you get any treatment there at the hospital?
11       A.  No.  When I woke up there was two officers
12   sitting here, one black older lady, she was a police,
13   and there was another officer, black older person, and
14   they were reading some scripture out of the Bible.  And
15   then I woke up and I was like "Ow, my face, my head."
16   And she was, like, "Oh, you woken."  And I was, like,
17   "My face, my head."  And she, like, "Hold on.  Let me
18   get the doctor, I'll be right back."  And she walked
19   out, she went down the hall.  I was in the bed this way,
20   they was sitting right here, she got out and walked that
21   way.
22            When she came back, they came and got me, took me
```

23

1  second time -- I took a glance the first time, but I
2  seen the uniforms but when I took the glance a second
3  time, I got hit again, so I was out after that." So he
4  was, like, "Okay. Well, do you remember anything else?"
5  And I was, like, "After that, I woke up right there on
6  the curb, again, and I got in the ambulance and now I'm
7  here with you." And he was, like, "Okay," and he walked
8  out the hospital room.
9      Q.  **Were you asked by any doctors what happened?**
10     A.  No, not at all.
11     Q.  **How long were your at the hospital?**
12     A.  I went there on the 27th, midhours. I'd say they
13 probably did surgery around about three. I stayed in
14 there until the 28th. The 29th in the morning time,
15 that's when they came and got me. The police came and
16 got me, put me in a paddy wagon, and then took me down
17 here to central cell block.
18     Q.  **Okay. So that night you were drinking. Right?**
19     A.  No, I wasn't.
20     Q.  **You had no drinks at all?**
21     A.  No, the day before I was.
22     Q.  **The day before this incident?**

27

```
 1    wired it shut, but they told me if I eat any type of
 2    food as far as wise meat or any chewing, then they was
 3    going to close my mouth shut.  So he said at that point
 4    in time, he was, like, "Your jaw is broken on your left
 5    side, I had to put two plates on your left side to cover
 6    up here and here on my left side."  And he also told me,
 7    he said if I eat anything that's going to offset my
 8    teeth and then he's going to have to wire my teeth shut.
 9    He said, "The little buttons you feel right here on the
10    top part, your upper jaw in the front and the bottom of
11    my jaw, the two right here," he was, like, "If you eat
12    anything and you disobey anything I say then I'm going
13    to close your mouth shut completely."
14         Q.   Okay.
15         A.   So at that point in time, I was basically -- he
16    told me "You's on a water diet, soup diet so anything
17    that obtained in the soup that's what you eat."  And
18    basically, I was eating soup as in liquid-wise.  I never
19    got a chance to chew anything because I didn't want to
20    offset it.  And he told me "If you do offset it, then
21    I'm going to have to take everything out and reset
22    everything back again."  And he was, like, "This time
```

28

1  you ain't going to be under anesthesia.  You're going to

2  feel the pain."  And the pain I was already going

3  through I was, like, "No, I'm not going to eat anything

4  and do this."  I'm just going to follow his instructions

5  because I never had my jaw broken ever.

6  **Q.  So after he discharged you, told you not to eat**

7  **any solid food, did you see him again?**

8  A.  Yes, one time every week on a Friday.

9  **Q.  For how many weeks?**

10 A.  Four weeks, until they took everything out.  And

11 I still got the abrasions from the buttons from when my

12 jaw was broke right here, under my nose on the right

13 side, under my nose on my left side, down here on my

14 bottom right side, and right here on my left side.

15 **Q.  What do you mean abrasions?**

16 A.  From the buttons.  When they wire your mouth shut

17 -- they put the -- they didn't wire my mouth shut, but

18 they put the buttons in just in case that they had to

19 wire shut if I would have start eating food.

20 **Q.  Okay.**

21 A.  Then it would have offset the surgery.

22 **Q.  Okay.  So you can still feel where those buttons**