```
                                                              1

 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3    -------------------------------x

 4    DONALD RAY COATES,             : Case No.:

 5                    Plaintiff,     : 15-cv-00449 - ABJ

 6      vs.                          :

 7    DISTRICT OF COLUMBIA, ET AL.,  :

 8                    Defendants.    :

 9    -------------------------------x

10         Deposition of OFFICER THOMAS CADDELL

11                    Washington, DC

12              Thursday, November 3, 2016

13                       9:00 A.M.

14

15

16

17

18

19

20    Job No.:  127039

21    Pages 1 - 42

22    Reported by:  Colleen L. Darkow
```

PLAINTIFF'S EXHIBIT 2

2

1     Deposition of OFFICER THOMAS CADDELL, held at
2  the offices of:
3       OFFICE OF THE ATTORNEY GENERAL, DISTRICT
4       OF COLUMBIA
5       District of Columbia Building
6       441 4th Street, NW
7       6th Floor, South
8       Washington, DC 20001
9       (202) 727-3400
10
11
12
13
14     Pursuant to notice before Colleen L. Darkow,
15  Court Reporter and Notary Public of the District of
16  Columbia.
17
18
19
20
21
22

```
                                                               3

 1                    A P P E A R A N C E S

 2      ON BEHALF OF THE PLAINTIFF:

 3           ADRIAN ST. HILL, ESQUIRE

 4           MCDANIEL & ASSOCIATES, P.A.

 5           1920 L Street, NW

 6           Suite 303

 7           Washington, DC 20036

 8           (202) 331-0793

 9

10      ON BEHALF OF THE DEFENDANT:

11           PORTIA M. ROUNDTREE, ESQUIRE

12           OFFICE OF THE ATTORNEY GENERAL, DISTRICT

13           OF COLUMBIA

14           District of Columbia Building

15           441 4th Street, NW

16           6th Floor, South

17           Washington, DC 20001

18           (202) 727-3400

19

20

21

22
```

4

1              C O N T E N T S

2    EXAMINATION OF OFFICER THOMAS CADDELL              PAGE

3        By Mr. St. Hill                                  5

4

5

6                  E X H I B I T S

7    (No exhibits were marked for identification.)

17

```
 1     A.    Well, a fellow officer was dispatched.  It
 2  originally came out as a domestic violence assault.
 3  Myself and my partner, I was riding with Officer
 4  Ross that night, answered the radio to back up the
 5  officer up and we responded to the scene.
 6     Q.    So you say you were with Officer Ross?
 7     A.    Ross, R-O-S-S, uh-huh.
 8     Q.    And about what time do you think you
 9  arrived on the scene?
10     A.    I don't remember the time.  I know it was
11  in the morning after midnight.
12     Q.    After midnight?  And what did you do once
13  you arrived on the scene?
14     A.    Started canvassing for the suspect which
15  we'd been given a lookout for.
16     Q.    What was the lookout you were given, if
17  you remember?
18     A.    Oh, absolutely.  It was a black male
19  wearing a black jacket, blue jeans, and Timberland
20  boots.
21     Q.    And were there any other officers on the
22  scene?
```

22

1   A.   Not that I'm aware of.

2   Q.   Okay. So as you -- and correct me if I'm
3   wrong, so as you come up, Mr. Coates swings,
4   don't -- not sure if he's swinging at Officer
5   Hogan, but hits you?

6   A.   Hits me.

7   Q.   Where does he hit you?

8   A.   Top of my head, right -- right side of my
9   forehead, top.

10  Q.   What happened after that?

11  A.   I administered two straight strikes, left
12  first, left right, and that's -- that's why it's
13  called a straight strike.

14  Q.   So left first and then right?

15  A.   Yes.

16  Q.   And what part of his body did you strike?

17  A.   I do not know. I was -- I was aiming for
18  his upper body. I don't know if I hit him in the
19  chest or -- or his face.

20  Q.   But you did make contact?

21  A.   Absolutely.

22  Q.   What was Officer Hogan doing at the time