UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY COATES, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **)** |
| DISTRICT OF COLUMBIA, et al., | ) ) |
| Defendants. | ) ) |

Case No.: 15-cv-0449 (ABJ)

## NOTICE OF SETTLEMENT

The Parties, by and through their respective counsel hereby submits this Notice of Settlement to inform the Court that the above-captioned matter has been settled. The Parties agree to dismiss all claims against the named defendant officers, including, Officer Thomas Caddell, Officer Patrick Hogan and Officer David Jarboe. The Parties request sixty (60) days in which to file a stipulation of dismissal as to Defendant, District of Columbia so that the terms of the settlement can be satisfied.

Respectfully submitted,

THE MCDANIEL LAW GROUP, P.L.L.C.

/s/ Brian K. McDaniel
Brian K. McDaniel, Esq.
1920 L Street, N.W., Suite 303
Washington D.C. 20036
Tel: 202-331-0793
Fax: 202-331-7004