**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| DONALD RAY COATES, | ) |
| | ) |
| Plaintiff, | )   Case No.: 1:15-cv-00449 - ABJ |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION OF DISMISSAL**

The Parties, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all the claims against all Defendants in the above-captioned case be dismissed with prejudice as the matter has been settled. Each party to bear its own costs and attorney's fees.

Respectfully submitted,

THE MCDANIEL LAW GROUP, P.L.L.C.

/s/ Brian K. McDaniel
Brian K. McDaniel, Esq.
1920 L Street, N.W., Suite 303
Washington D.C. 20036
Tel: 202-331-0793
Fax: 202-331-7004

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Glenn T. Marrow*

GLENN T. MARROW[1]
Chief, Civil Litigation Division Section II


*/s/ Portia M. Roundtree*
PORTIA M. ROUNDTREE
D.C. Bar No. 1015255
Assistant Attorney General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 442-9891
Fax: (202) 741-5948
portia.roundtree@dc.gov

---

[1] Admitted to practice in New York and Maryland.  Practicing in the District of Columbia under the supervision of Jonathan Pittman and George Valentine, members of the D.C. Bar, and pursuant to Court of Appeals Rule 49(c).